AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Edward Leon Muldrow<br>*Plaintiff*<br><br>Judge James E. Lockemy, Patricia S. Parr, Michael S. Bell<br>*Defendant* | Civil Action No.  4:12-cv-2330-RBH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed without prejudice and without issuance and service of process upon Respondents.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge. The court accepts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date: December 11, 2012

                                          s/Debbie Stokes
                                          Signature of Deputy Clerk